MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WILLIAM J. GULLOTTA  (NYBN 4430518)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: william.gullotta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00430 CW |
|     Plaintiff, | |
| v. | |
| TOMMY LEE WALKER, | STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND BRIEFING SCHEDULE |
|     Defendant. | |

    At a motions setting hearing before this Court on July 24, 2012, the defendant stated his intent to file a motion to suppress evidence in the above-captioned matter.  On the same date, the Court ordered a briefing schedule.  Pursuant to that briefing schedule, the defendant's motions were due on August 14, 2012, the government's replies were due on August 28, 2012, and the defendant's reply is due today, September 4, 2012.  Following the filing of the government's opposition, counsel for the government and counsel for the defendant had a discussion about one of the 911 emergency calls referred to in the government's opposition (Doc. # 15).  After this

1  discussion, it appears unlikely that the first call referred to by the government was in fact related
2  to this case.  Therefore, the government has agreed to file an amended opposition and omit all
3  references to that first 911 call, and the parties jointly request that the government be permitted to
4  file its amended opposition on September 4, 2012, and that the defendant be permitted to file a
5  reply to the government's amended opposition on Friday, September 7, 2012.  The hearing on
6  this matter is currently scheduled for September 17, 2012 at 2:00 p.m.

7      SO STIPULATED.

9  Dated: September 4, 2012                                               /s/
                                                                     NED SMOCK
10                                                                      Assistant Federal Public Defender

12 Dated: September 4, 2012                                               /s/
                                                                   WILLIAM GULLOTTA
13                                                                    Special Assistant United States Attorney

14     Good cause appearing therefor, IT IS ORDERED that the government's deadline to file
15 an amended opposition to the defendant's motion to suppress evidence and statements is
16 September 4, 2012, and Tommy Lee Walker's reply to the government's amended opposition in
17 is due September 7, 2012.

19 Dated: September __5__, 2012                                         _____
                                                                      CLAUDIA WILKEN
20                                                                    United States District Judge